UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>LACY E. CRITTENDEN,<br><br>           Defendant. | No. CR-05-049-LRS<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION<br>TO MODIFY CONDITIONS<br>OF RELEASE |

At the July 29, 2005, hearing on Defendant's Motion to Amend Release Conditions (Ct. Rec. 35), counsel Chris Bugbee appeared with Defendant; Assistant U.S. Attorney Stephanie A. Whitaker represented the United States.

The Defendant seeks modification of her release conditions to discontinue the curfew requirement. The United States does not object to this modification. Defendant has been compliant with her conditions of release. Accordingly,

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 35) is GRANTED**. The Defendant shall no longer be subject to a curfew and may travel to Yakima to visit her grandfather, with prior notification to Pretrial Services. All other conditions in Judge Leavitt's Order of

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY CONDITIONS OF RELEASE - 1

```
1  release filed February 17, 2005, shall remain in effect.
2       DATED July 29, 2005.
3
4                         S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE
5
```

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY CONDITIONS OF RELEASE - 2