PROB 12B
(7/93)

Report Date:  March 22, 2006

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

MAR 3 0 2006

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Lacy E. Crittenden          Case Number: 2:05CR00049-001

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko

Date of Original Sentence:  12/13/2005          Type of Supervision:  Probation

Original Offense: Misprision of a Felony,          Date Supervision Commenced:  12/13/2005
18 U.S.C.  § 4

Original Sentence:  Probation - 24 Months          Date Supervision Expires:  12/12/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall participate in the home confinement program for 120 days.  You shall abide by all requirements
        of the program, which will include electronic monitoring or other location verification system.  You shall
        pay all or part of the costs of the program based upon your ability to pay.  You are restricted to your
        residence at all times except for employment, education, religious services, medical, substance abuse, or
        mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as
        pre-approved by the supervising probation officer.

### CAUSE

The defendant commenced her term at Turner House Community Corrections Center (CCC) on January 20, 2006,
and is scheduled to complete said placement on July 20, 2006.  Since her placement, she has maintained stable
employment at the Maribeau Park Hotel, and complied with all rules and regulations at the CCC.  The contract
Community Corrections Center will be changing on April 1, 2006.  The new facility has limited female bed space.
Based on the defendant's level of compliance and stability in the community, the undersigned officer is
recommending the above modification in lieu of community corrections center placement.  Mrs. Crittenden has
agreed to said modification, and has signed the attached waiver.

RECEIVED
MAR 24 2006
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date:  March 22, 2006

Prob 12B
**Re:  Crittenden, Lacy E**
**March 22, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_3/30/06_____
Date